WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
AILAN LIU, CASB No. 246452
ailan.liu@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
MICHAEL T. WEST, CASB No. 266296
michael.west@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
SINBANALI SHIPPING INC. and
SEAFARERS SHIPPING INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STOVER,<br><br>                Plaintiff,<br><br>  vs.<br><br>SINBANALI SHIPPING INC.;<br>SEAFARERS SHIPPING INC.,<br><br>                Defendants. | Case No. CV10 3884 VBF (AJWx)<br><br>**[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

Based on the Stipulation filed by the parties, IT IS HEREBY

ORDERED that Plaintiff's entire action, including all claims, is

dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: 4-29-11

_____
UNITED STATES DISTRICT JUDGE
VALERIE BAKER FAIRBANK

Submitted by:

/S/ JAMES A. MARISSEN
WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
AILAN LIU, CASB No. 246452
ailan.liu@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
MICHAEL T. WEST, CASB No. 266296
michael.west@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
SINBANALI SHIPPING INC. and
SEAFARERS SHIPPING INC.